

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-59,120-03

### IN RE ALFRED JAMES GODINE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 29990 IN THE 75TH DISTRICT COURT
### FROM LIBERTY COUNTY

*Per curiam*.

**O R D E R**

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends, among other things, that he filed an application for a writ of habeas corpus in the 75th District Court of Liberty County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Liberty County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order that designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has

not filed an application for a writ of habeas corpus in Liberty County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. If the trial court entered an order designating issues, Respondent shall also state whether she forwarded to this Court a copy of the order and proof of the date the district attorney's office was served with Relator's habeas application. TEX. R. APP. P. 73.4(b)(1). This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 15, 2014
Do not publish